UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 09-11868-GAO

KEVIN MELLO,

    Plaintiff

v.

THOMAS M. HODGSON, Individually and in his capacity As the Sheriff of Bristol County, BRISTOL COUNTY; and UNKNOWN INDIVIDUALS,

    Defendants

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Now come the Defendants and respectfully request that the Court dismiss the Plaintiff's complaint, for the reasons set forth in the accompanying Memorandum of Law.

Respectfully submitted,

DEFENDANTS
THOMAS M. HODGSON, et al.,

By their attorneys,

  /s/ Mary Jo Harris
Mary Jo Harris, BBO # 561484
Morgan, Brown & Joy, LLP
200 State Street
11th Floor
Boston, MA  02109-2605
(617) 523-6666
mharris@morganbrown.com

Dated:  November 5, 2009

## **CERTIFICATE OF SERVICE**

I, Mary Jo Harris, certify that I have served a copy of the within pleading by filing with the Electronic Case Filing System.

   /s/ Mary Jo Harris

November 5, 2009